## Second Department, July, 1974

### (July 19, 1974)*

The People of the State of New York ex rel. Leslie Green, Petitioner, v. Superintendent, Green Haven Correctional Facility, Respondent. Application by petitioner for a writ of habeas corpus denied. Gulotta, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur.

## Second Department, October, 1974

### (October 1, 1974)**

In the Matter of Edward Jennings, Petitioner, v. John A. Monteleone, as Justice of the Supreme Court, Respondent.—Proceeding, pursuant to article 78 of the CPLR to prohibit the respondent, a Justice of the Supreme Court, from further proceeding with a hearing on a probation violation and to quash the warrant. Application denied and proceeding dismissed, without costs. Shapiro, Acting P. J., Cohalan, Christ, Brennan and Benjamin, JJ., concur.

### (October 4, 1974)***

The People of the State of New York ex rel. Gerard Brown, Petitioner, v. Leon J. Vincent, as Warden of Green Haven Correctional Facility, Respondent.— Application by petitioner for a writ of habeas corpus, denied. Shapiro, Acting P. J., Cohalan, Christ, Brennan and Benjamin, JJ., concur.

---

* Not published with other decisions of July, 1974, 45 A D 2d 838. [Rep.
** Not published with other decisions of October 1, 1974, 46 A D 2d 645.
*** Not published with other decisions of October 4, 1974, 46 A D 2d 648. [Rep.